| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE** | |
| Case number (if known): _____ Chapter __7__ | ☐ Check if this is an amended filing |

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                                      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   DRB Electric, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   0 2 – 0 4 8 8 2 7 8

4. **Debtor's address**

   **Principal place of business**

   c/o 26 Independence Drive  
   Number    Street

   Merrimack    NH    03054  
   City    State    ZIP Code

   Hillsborough  
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **DRB Electric, Inc.**_____     Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   Check all that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                           MM / DD / YYYY
         District _____ When _____ Case number _____
                                           MM / DD / YYYY
         District _____ When _____ Case number _____
                                           MM / DD / YYYY

Debtor  **DRB Electric, Inc.**_____     Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No ☐ Yes. Debtor _____ Relationship _____ District _____ When __ /__ /____ MM / DD / YYYY Case number, if known _____ |
| | List all cases. If more than 1, attach a separate list. | Debtor _____ Relationship _____ District _____ When __ /__ /____ MM / DD / YYYY Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street

_____       _____     _____
City                             State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **DRB Electric, Inc.**  Case number (if known) _____

**14. Estimated number of creditors**
- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**
- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/19/2017**
MM / DD / YYYY

X **/s/ David R. Blais**        **David R. Blais**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Leonard G. Deming**        Date **09/19/2017**
Signature of attorney for debtor       MM / DD / YYYY

**Leonard G. Deming**
Printed name

**Leonard G. Deming II**
Firm name

**Deming Law Office**
Number    Street

**491 Amherst Street, Suite 22**

**Nashua**          **NH**    **03063**
City          State   ZIP Code

**(603) 882-2189**         **debtrelief@attorneydeming.com**
Contact phone          Email address

**BNH01186**          **NH**
Bar number          State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE
MANCHESTER DIVISION**

IN RE: **DRB Electric, Inc.**                                CASE NO

                                                                                         CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   9/19/2017                                     Signature   */s/ David R. Blais*
                                                                                         *David R. Blais*
                                                                                        *President*

Date                                                   Signature

Alarmax
P.O. Box 951685
Cleveland, OH 44193


Arthur J. Jurley Company, Inc
PO Box 190550
Roxbury, MA 02119


Avid Enginees
Clock Tower Place
17 Bridge St #201
Billerica, MA 01821


Bank of America
PO Box 15220
Wilmington, DE 19886


Bank of Amrica
PO Box 2284
Brea, CA 92822


Barry & Honorow
161 Kinsley St
Nashua NH  03060


BK Systems, Inc.
27 Sheep Davis Rd.
Pembroke, NH 03275


BSI
1865 Iowa Ave
Riverside, CA 92507


Capital One
PO Box 71083

Capital One Platium
PO Box 71083
Charlotte, NC 28272


Capital One Small Business
PO Box 71083
Charlotte, NC 28272


CED Twin State Manchester
PO Box 780819
Philadelphia, PA 19178


Citi Bank
PO Box 9001037
Louisville, KY 40290


Citizens Bank
c/o Boston EBB#28
106 River St
West Newton, MA 02465


Comcast
PO Box  21828
Eagan, MN 55121


CSC, as Representative
PO Box 2576
Springfield, IL 62708


Deborah Blais
20 Stinson Dr
Nashua, NH 03062


Discover
PO Box 742655
Cincinnati, OH 45274

```
DL Raymond Construction
51 Lake Street
Nashua NH 03060



Eero J. Hyvonen, Trustee
of the OKT Realty Trust



Electric Supply of Milford
318 South Street
Milford NH  03055



Eversource
PO Box 650047
Dallas, TX 75265



EXXOn Mobil
PO Box 78001
Phoenix, AZ 85062



Fastenal Company
PO Box 978
Winona, MN 55987



Ford Credit
Box 220564
Pittsburgh, PA 15257



Frank Morriss Custom Cabinets
27 Ledgewood Drive
Bedford, NH  03110



Funding Metrics, LLC
884 Town Centre Dr
Langhorne, PA 19047
```

Helen Blais
15 Bloomingdale Dr.
Nashua NH 03062


Home Depot
Dept 32-2149481198
Louisville, KY 40290


Independent Electric Supply
17 Hampshire Dr.
Hudson NH 03051


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Special Procedures
80 Daniels St
Portsmouth, NH 03801


Jacob Verstandig, Esquire
Law Office of Jacob Verstandig, PLLC
1459 East 13th Street
Brooklyn NY 11230


Kremer's Car Care Centers
66 South Beech Street
Manchester, NH 03103


LED Conversions Inc
PO Box 241
Windham, NH 03087


Legacy Industrial Supply Inc
PO Box 24193
Tempe, AZ 85282

Local 490
I.B.E.W
48 Airport Rd
Concord, NH 03301


Lynn Rose Koch
7 Highland Green
Merrimack, NH  03054


M&M Electrical Supply Co., INc
17 Lowell St
Nashua, NH 03064


Merrimack Village District
Two Greens Pond Road
Merrimack, NH 03054


Metrics
c/o Paulette Yiambilis, Esq
884 Town Center Dr
Langhorne, PA 19047


Michael A. Klass, Esq
PO Box 1120
Manchester NH  03105


Michael K Pap, Esquire
200 Liberty Street, 17th Floor
New York NY 10281


Midnight Advance, LLC
4510 17th Ave.
Brooklyn NY 11204


ML Factor
456A Central AVe Ste 128
Cedarhurst, NY 11516

```
NH Payroll TAxes




Northeast Delta Dental
Po Box 9556
Manchester, NH 03108



On-Deck Financing
1400 Broadway
New York NY  10018



Patriot Insurance Co
One Mutual Ave
Frankenmuth, MI 48787



Rexel
PO Box 766 Attn:  Credit Dept
Addison TX  75001



Rodney Lumley
25 Lamplighter Way
Salem NH  03079



S & P Financial Services, Inc
8341 NW Mace Road, Ste 200
Kansas City, MO 64152



Santander
Card Servicing Processing
PO Box 12768
Reading, PA 19612


Santander Bank
Po Box 16255
Reading, PA  19612-6255
```

```
Santander Bank N.A.
P.O. Box 16255
Reading PA 19612



Santander Bank NA
P.O. Box 12707
Reading, PA 19612



Santander Bank, N.A.
459 Penn Street
Reading PA 19602



Sheffield
PO Box  580229
Charlotte, NC 28258



Shell Oil
PO Box 78012
Phoenix, AZ 85062b



SimplexGrinnell
Dept CH 10320
Palatine, IL 60055



SLS Financial Service
PO Box 412534
Kansas City, MO 64141



State of NH- BET Tax
45 South Fruit St
Concord, NH 03301



State of NH-UC
45 Fruit St
Concord, NH 03301
```

Suburban Propane  
PO Box 160  
Whippany, NJ 07981

Thomas R. Landry Esq.  
Krakow, Souris & Landry, LLC  
225 Friend Street  
Boston, MA 02114

Tully  
PO Box T 147  
NASHUA, NH 03060

United Rentals  
6125 Lakeview Rd  
Suite 300  
Charlotte, NC 28269

WestGuard Insurancy Co  
PO Box 785570  
Philadelphia, PA 19178

Wing & Weintraub PC  
335 Nahua St  
Milford, NH  03055