UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re DRB Electric, Inc., ) | Chapter 7 |
| ) | Bk. No. 17-11402 |
| Debtor ) | |
| ) | |

STATEMENT OF PARENT COMPANIES/PUBLIC COMPANIES

NOW COMES DRB Electric, Inc., a New Hampshire corporation (hereinafter Debtor), by and through its attorney, Deming Law Office, and pursuant to FRBP 1007(a) and LBR 1074-1, states that the Debtor has no parent companies, nor does it have an ownership interest in any other companies.

|  |  |
|---|---|
|  | Respectfully submitted,<br>DRB Electric, Inc.<br>By Its Attorney<br>DEMING LAW OFFICE |
| Date: October 5, 2017 | /s/ *Leonard G. Deming, II* |
|  | Leonard G. Deming, II<br>491 Amherst Street, Suite 22<br>Nashua NH 03063<br>(603) 882-2189<br>deminglaw@comcast.net<br>BNH 01186 |

CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the foregoing Statement to

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

by electronic service (ECF) or First Class Mail, postage prepaid this 5th day of October, 2017.

/s/ *Leonard G. Deming*
Leonard G. Deming