**Fill in this information to identify the case:**

Debtor name  **DRB Electric, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number
(if known)  **17-11402-BAH**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1.  **Gross revenue from business**

    ☐ None

    **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | **01/01/2017**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$555,495.29** |
| **For prior year:** | From | **01/01/2016**<br>MM / DD / YYYY | to | **12/31/2016**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,078,149.00** |
| **For the year before that:** | From | **01/01/2015**<br>MM / DD / YYYY | to | **12/31/2015**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$838,233.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

    ☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Gralen Property Group**<br>Creditor's name<br>**Rod Lumne**<br>Street<br>**297 Main St**<br><br>**Salem            NH        03079**<br>City            State    ZIP Code | 8/1/17 | **$7,401.02** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|
| | Name | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **CED-Twin State Manchester**<br>Creditor's name<br>**PO Box 780819**<br>Street<br><br>**Philadelphia          PA      19178**<br>City                    State    ZIP Code | **7/19<br>203.50<br>7/20<br>16,059.00<br>7/24<br>500.00<br>7/31<br>600.00<br>8/1<br>512.00<br>8/7<br>4,700.00<br>8/17<br>256.00<br>8/21<br>19.39<br>8/21<br>768.00** | **$23,617.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.3. | **Rexell**<br>Creditor's name<br>**PO Box 766 Attn Credit Dept**<br>Street<br><br>**Addison          TX      75001**<br>City                State    ZIP Code | **8/7<br>493.29<br>8/7<br>20,000.00** | **$20,493.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.4. | **Funding Metrics**<br>Creditor's name<br>**884 Town Center Dr**<br>Street<br><br>**Langhone          PA      19047**<br>City                  State    ZIP Code | | **$6,374.78** | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.5. | **HighSpeed Capital**<br>Creditor's name<br>**Not originally listed**<br>Street<br><br>_____<br>City                  State    ZIP Code | | **$22,175.00** | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.6. | **OnDeck Financing**<br>Creditor's name<br>**1400 Broadway**<br>Street<br><br>**New York          NY      10018**<br>City                State    ZIP Code | | **$15,204.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **DRB Electric, Inc.**                                          Case number (if known)  **17-11402-BAH**
_____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. **LDJ Bookkeeping**<br>Creditor's name<br>**10 Rebeckahis Way**<br>Street<br><br>**Wilton**  **NH**  **03086**<br>City  State  ZIP Code | | **$9,737.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Frank Morris**<br>Insider's name<br>**25 Ledgewood Dr**<br>Street<br><br>**Bedford**  **NH**  **03110**<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>**Brother-in-Law** | **3/1/17 &**<br>**5/2/17** | **$50,000.00** | **Loan** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Deborah D. Blais v David R. Blais & Lynn Rose Koch, Trustee**<br><br>**Case number**<br>**226-2017-CV-100457** | **Civil** | **Southern Hillsborough Superior Court**<br>Name<br>**30 Spring St**<br>Street<br><br>**Nashua**  **NH**  **03060**<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 3

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|
| | Name | | |

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Midnight Advance, LLC v DRB Electric, Inc & David Blais** | **Collection** | **Supreme Court of State of New York** | ☐ Pending |
| | | | Name | |
| | | | _____ | ☐ On appeal |
| | | | Street | |
| | Case number | | _____ | ☐ Concluded |
| | **115781-2017** | | _____ | |
| | | | City          State   ZIP Code | |
| 7.3. | **M&M Electrical Supply Inc. v. David Blais et al** | **Civil** | **Hillsborough Superior Court/SD** | ☑ Pending |
| | | | Name | |
| | | | **30 Spring St** | ☐ On appeal |
| | | | Street | |
| | Case number | | | ☐ Concluded |
| | **26-2017-CV-00495** | | **Nashua          NH     03060** | |
| | | | City          State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

| Part 5: | Certain Losses |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor  **DRB Electric, Inc.**  Case number (if known)  **17-11402-BAH**
Name

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Leonard G. Deming II** | + $335.00 Filing Fee | **prior to the filing** | **$5,000.00** |

**Address**

**Deming Law Office**
Street
**491 Amherst Street, Suite 22**

**Nashua**              **NH**      **03063**
City                    State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|
| | Name | | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor   **DRB Electric, Inc.**                                          Case number (if known)   **17-11402-BAH**
_____
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **LDJ Bookkeeping** | | From | **10/15** | To | **10/17** |
| | Name | | | | |
| | **10 Rebeckahis Way** | | | | |
| | Street | | | | |
| | _____ | | | | |
| | **Wilton**          **NH**      **03086** | | | | |
| | City          State    ZIP Code | | | | |

Debtor  **DRB Electric, Inc.** _____  Case number (if known) **17-11402-BAH** _____
  Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☐ None

  **Name and address**                                                **Dates of service**

26b.1.  **Workers Comp Audits Only** _____  **From** _____  **To** _____
     Name
     _____
     Street
     _____
     _____
     City                           State        ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☐ None

  **Name and address**                                                **If any books of account and records are**
                                                                      **unavailable, explain why**

26c.1.  **LDJ Bookkeeping** _____
     Name
     **10 Rebeckahis Way** _____
     Street
     _____
     **Wilton**                     **NH**       **03086** _____
     City                           State        ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ☑ None

**27. Inventories**

  Have any inventories of the debtor's property been taken within 2 years before filing this case?

  ☑ No.
  ☐ Yes.  Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Blais** | **26 Independence Dr**<br>**Marrimack, NH 03054** | **President, Secretary / Director** | **50%** |
| **Therese Blais** | **26 Independence Dr**<br>**Merrimack, NH 03054** | **VP, Treasurer / Director** | **50%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

  ☑ No
  ☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **David Blais**<br>Name<br><br>Street<br><br>City            State   ZIP Code | **Payroll**<br>**$128,800.00** | **Approx $128800 payout for the past year** | **Payroll** |

**Relationship to debtor**

**Owner**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Edward Jones Approx $2800 for David R. B** | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/26/2017**
      MM / DD / YYYY

**X /s/ David R. Blais**                                    Printed name **David R. Blais**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

---

**Fill in this information to identify the case**

Debtor name  **DRB Electric, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number  **17-11402-BAH**
(if known)

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any
pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the
additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset
only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the
terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

    ☐  No.  Go to Part 2.
    ☑  Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                          **Current value of
                                                                                                debtor's interest**

2.  **Cash on hand**                                                                            _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)    Type of account          Last 4 digits of
                                                                             account number

    | 3.1. | **Checking account @ TD Bank** | **Checking account** | 5 | 0 | 0 | 7 | $0.62 |
    | 3.2. | **Checking account @ Santander** | **Checking account** | 3 | 8 | 3 | 5 | $0.00 |
    | 3.3. | **Money Market @ Santander** | **Money Market** | 3 | 6 | 5 | 6 | $0.00 |

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.              | $0.62 |

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**

    ☑  No.  Go to Part 3.
    ☐  Yes.  Fill in the information below.

---

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.

   $0.00

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ___**$56,981.40**___ – ___**$0.00**___ = .............. ➜   **$56,981.40**
       face amount            doubtful or uncollectible accounts

11b. Over 90 days old: ___**$0.00**___ – ___**$0.00**___ = .............. ➜   **$0.00**
       face amount            doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    **$56,981.40**

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

    $0.00

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

| Debtor | **DRB Electric, Inc.** | Case number (if known)   **17-11402-BAH** |
|---|---|---|
| | Name | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops--either planted or harvested | | | |
| **29.** Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | DRB Electric, Inc. | | Case number (if known) | 17-11402-BAH |
|---|---|---|---|---|
| | Name | | | |

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| See Attached List | | | $1,000.00 |
| **40.   Office fixtures** | | | |
| Microwave | | | $25.00 |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.   Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.   Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$1,025.00

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☑  No
☐  Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 8:   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☑  Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1/2 Interest in 2015 Proline Trailer (total value= $3500)** | | | $1,750.00 |
| 47.2.   **2016 Bucket Truck** | | | $65,000.00 |
| 47.3.   **2006 GMC Savanna (no Liens)** | | | $6,000.00 |
| 47.4.   **2016 Ford Transit Van** | | | $30,000.00 |
| 47.5.   **2017 Ford Transit Van** | | | $20,000.00 |
| 47.6.   **2003 Ford Econoline Van (No Liens)** | | | $3,500.00 |
| 47.7.   **1/2 Interest 2013 GMC Sierra Pickup (Total Value $14,500.0)** | | | $7,250.00 |

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|
| | Name | | |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

See Attached List of Tools ..................................................................................... $8,350.00

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. | $141,850.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88. | $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

Debtor   **DRB Electric, Inc.**                                    Case number (if known) **17-11402-BAH**
_____
Name

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

   Customer List-provided upon Request _____    _____    _____    **Unknown**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.                              **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.  Go to Part 12.
   ☐ Yes.  Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
   **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                              **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    __DRB Electric, Inc._____    Case number (if known)   __17-11402-BAH_____
                  Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.62 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $56,981.40 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,025.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $141,850.00 | |
| **88. Real property.** *Copy line 56, Part 9.* .............................................➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.**  Add lines 80 through 90 for each column.   91a. | $199,857.02  +  91b. | $0.00 |
| **92. Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................ | | $199,857.02 |

Scanned Document #1

10:09 PM

10/15/17

# DRB Electric, Inc.
## A/R Aging Summary
### As of October 5, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| CP Management, | 0.00 | 0.00 | 2,410.00 | 955.00 | 0.00 | 3,365.00 |
| John J. Flatley, Co. | 0.00 | 0.00 | 14,610.00 | 6,935.00 | 8,506.40 | 30,051.40 |
| Maple | 0.00 | 0.00 | 15,000.00 | 0.00 | 8,565.00 | 23,565.00 |
| TOTAL | 0.00 | 0.00 | 32,020.00 | 7,890.00 | 17,071.40 | 56,981.40 |

**Scanned Document #1**

Office Furniture & Equipment

(8) Chairs

(1) Table

(2) Desks

(2) Credenzas

(1) Computer

(1) Printer

(1) File Cabinet

Total Value $1000

**Scanned Document #1**

Tools

| | |
|---|---|
| Circuit Tracer | $ 400.00 |
| Underground Tracer | $2000.00 |
| Cable Puller | $2500.00 |
| Pipe Bender | $1000.00 |
| Large Hammer Drills | $ 200.00 |
| Small Hammer Drills | $ 200.00 |
| Cable Cutter | $ 100.00 |
| Hole Hawgs | $ 300.00 |
| Cable Spinners | $  50.00 |
| Crimper | $ 300.00 |
| Step Ladders | $ 800.00 |
| Gang Boxes | $ 500.00 |
| | |
| Total Value | $8350.00 |

| **Fill in this information to identify the case:** |
|---|

Debtor name     **DRB Electric, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number     **17-11402-BAH**
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name **Bank of America** | Describe debtor's property that is subject to a lien **2013  GMC Sierra** | $3,441.26 | $7,250.00 |

**2.1**

Creditor's name
**Bank of America**

Creditor's mailing address
**PO Box 15220**

_____

_____

**Wilmington          DE    19886**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number                _____ _____ _____ _____

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien
**2013  GMC Sierra**

Describe the lien
**Business Debt**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**                                              $179,161.29

| Debtor | **DRB Electric, Inc.** | Case number (if known) **17-11402-BAH** |
|---|---|---|

## Part 1:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**2.2**

**Creditor's name**
CSC, as Representative

**Creditor's mailing address**
PO Box 2576

Springfield       IL       62708

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number**    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☒ No
☐ Yes.  Have you already specified the
         relative priority?
   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is
subject to a lien**
Lien on all property

**Describe the lien**
Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**     Column B: **$66,357.00**

**2.3**

**Creditor's name**
Ford Credit

**Creditor's mailing address**
Box 220564

Pittsburgh       PA       15257

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number**    4   0   8   9

**Do multiple creditors have an interest in
the same property?**
☒ No
☐ Yes.  Have you already specified the
         relative priority?
   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is
subject to a lien**
2016 Ford T350

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$27,868.93**     Column B: **$30,000.00**

| Debtor | **DRB Electric, Inc.** | Case number (if known) **17-11402-BAH** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.4**

| | | Column A | Column B |
|---|---|---|---|
| Creditor's name<br>**Ford Credit** | Describe debtor's property that is subject to a lien<br>**2017 Ford Tran C** | $27,293.42 | $20,000.00 |

Creditor's mailing address
**Box 220564**

Describe the lien
**Auto Loan**

**Pittsburgh          PA    15257**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred _____

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          **4    6    8    2**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.5**

| | | Column A | Column B |
|---|---|---|---|
| Creditor's name<br>**Funding Metrics, LLC** | Describe debtor's property that is subject to a lien<br>**Lien on all property** | $26,923.23 | $66,357.02 |

Creditor's mailing address
**884 Town Centre Dr**

Describe the lien
**Lien**

**Langhorne          PA    19047**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred _____

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | DRB Electric, Inc. | Case number (if known) | 17-11402-BAH |
| --- | --- | --- | --- |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.6**

| | | | |
| --- | --- | --- | --- |
| **Creditor's name**<br>ML Factor | **Describe debtor's property that is subject to a lien** | **Unknown** | **$66,357.02** |

Lien on all property

**Creditor's mailing address**
456A Central AVe Ste 128

**Describe the lien**
Lien / Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Cedarhurst          NY    11516

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.7**

| | | | |
| --- | --- | --- | --- |
| **Creditor's name**<br>S & P Financial Services, Inc | **Describe debtor's property that is subject to a lien** | $91,731.75 | $65,000.00 |

Lien on all property DISPUTED

**Creditor's mailing address**
8341 NW Mace Road, Ste 200

**Describe the lien**
Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Kansas City          MO    64152

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☒ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor    **DRB Electric, Inc.** _____    Case number (if known) **17-11402-BAH**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8**

| | | |
|---|---|---|
| **Creditor's name**<br>**Sheffield** | **Describe debtor's property that is subject to a lien** | $1,902.70  $1,750.00 |

**Creditor's mailing address**
**PO Box 580229**
_____

**Proline Trailer**

**Describe the lien**
**Proline Trailer**

_____

**Charlotte          NC   28258**

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>DRB Electric, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>DISTRICT OF NEW HAMPSHIRE</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>17-11402-BAH</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1 Priority creditor's name and mailing address**

**State of NH- BET Tax**

**45 South Fruit St**

**Concord          NH     03301**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$500.00**   Priority amount: **$500.00**

**2.2 Priority creditor's name and mailing address**

**State of NH-UC**

**45 Fruit St**

**Concord          NH     03301**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,597.67**   Priority amount: **$2,597.67**

| Debtor | **DRB Electric, Inc.** | | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$56.70** |
|---|---|---|---|

*Check all that apply.*

**Alarmax**

**P.O. Box 951685**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Cleveland** | **OH** | **44193** |
|---|---|---|

**Basis for the claim:** **Business Debt**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   **6  0  0  0**

☑ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,247.31** |
|---|---|---|---|

*Check all that apply.*

**Arthur J. Jurley Company, Inc**

**PO Box 190550**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Roxbury** | **MA** | **02119** |
|---|---|---|

**Basis for the claim:** **Business Debt**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   **8  3  9**

☑ No
☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,361.00** |
|---|---|---|---|

*Check all that apply.*

**Avid Enginees**

**Clock Tower Place**

**17 Bridge St #201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Billerica** | **MA** | **01821** |
|---|---|---|

**Basis for the claim:** **Business Debt**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

*Check all that apply.*

**Bank of Amrica**

**PO Box 2284**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Brea** | **CA** | **92822** |
|---|---|---|

**Basis for the claim:** **Business Debt**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**BK Systems, Inc.**

**27 Sheep Davis Rd.**

**Pembroke**          **NH**    **03275**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,839.00**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**BSI**

**1865 Iowa Ave**

**Riverside**          **CA**    **92507**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$269.86**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**Capital One**

**PO Box 71083**

Date or dates debt was incurred

Last 4 digits of account number   **7  4  3  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,053.25**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**Capital One Platium**

**PO Box 71083**

**Charlotte**          **NC**    **28272**

Date or dates debt was incurred

Last 4 digits of account number   **4  0  2  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,564.95**

---

Debtor     **DRB Electric, Inc.** _____     Case number (if known)   **17-11402-BAH** _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.9**     Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$9,265.23**
                                                                     *Check all that apply.*

**Capital One Small Business** _____     ☐ Contingent

**PO Box 71083** _____                   ☐ Unliquidated
                                                           ☐ Disputed
_____

_____                                    **Basis for the claim:**

**Charlotte**               **NC**      **28272**          **Business Debt** _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number      **1   0   5   3**     ☑ No
                                                           ☐ Yes

---

**3.10**     Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$140,232.51**
                                                                      *Check all that apply.*

**CED Twin State Manchester** _____     ☐ Contingent

**PO Box 780819** _____                 ☐ Unliquidated
                                                          ☐ Disputed
_____

_____                                   **Basis for the claim:**

**Philadelphia**            **PA**      **19178**         **Business Debt** _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __          ☑ No
                                                          ☐ Yes

---

**3.11**     Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$8,678.40**
                                                                      *Check all that apply.*

**Citi Bank** _____                     ☐ Contingent

**PO Box 9001037** _____                ☐ Unliquidated
                                                          ☐ Disputed
_____

_____                                   **Basis for the claim:**

**Louisville**              **KY**      **40290**         **Business Debt** _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number      **2   5   3   3**    ☑ No
                                                          ☐ Yes

---

**3.12**     Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$797.01**
                                                                      *Check all that apply.*

**Citizens Bank** _____                 ☐ Contingent

**c/o Boston EBB#28** _____             ☐ Unliquidated
                                                          ☐ Disputed
**106 River St** _____

_____                                   **Basis for the claim:**

**West Newton**             **MA**      **02465**         **Business Debt** _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __          ☑ No
                                                          ☐ Yes

---

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
| --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Comcast**

**PO Box  21828**

| **Eagan** | **MN** | **55121** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number    **4   1   8   4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$189.80**

---

| 3.14 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Deborah Blais**

**20 Stinson Dr**

| **Nashua** | **NH** | **03062** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Busines Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$75,084.75**

---

| 3.15 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Discover**

**PO Box 742655**

| **Cincinnati** | **OH** | **45274** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number    **6   2   1   9**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,352.69**

---

| 3.16 | Nonpriority creditor's name and mailing address |
| --- | --- |

**DL Raymond Construction**

**51 Lake Street**

| **Nashua** | **NH** | **03060** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **DRB Electric, Inc.** | | Case number (if known) | **17-11402-BAH** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.17** | **Nonpriority creditor's name and mailing address** |
|---|---|

Eero J. Hyvonen, Trustee

of the OKT Realty Trust

**$53,097.95**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.18** | **Nonpriority creditor's name and mailing address** |
|---|---|

Electric Supply of Milford

318 South Street

Milford          NH    03055

**$9,528.17**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

Date or dates debt was incurred

Last 4 digits of account number    E  L  E  C

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.19** | **Nonpriority creditor's name and mailing address** |
|---|---|

Eversource

PO Box 650047

Dallas          TX    75265

**$43.17**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

Date or dates debt was incurred

Last 4 digits of account number    1  0  6  2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.20** | **Nonpriority creditor's name and mailing address** |
|---|---|

EXXOn Mobil

PO Box 78001

Phoenix          AZ    85062

**$5,841.38**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

Date or dates debt was incurred

Last 4 digits of account number    8  3  1  8

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**  Nonpriority creditor's name and mailing address

**Fastenal Company**

**PO Box 978**

Winona                    MN    55987

Date or dates debt was incurred

Last 4 digits of account number      0   5   5   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$672.79**

---

**3.22**  Nonpriority creditor's name and mailing address

**Frank Morriss Custom Cabinets**

**27 Ledgewood Drive**

Bedford                    NH    03110

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,000.00**

---

**3.23**  Nonpriority creditor's name and mailing address

**Helen Blais**

**15 Bloomingdale Dr.**

Nashua                    NH    03062

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$83,332.66**

---

**3.24**  Nonpriority creditor's name and mailing address

**Home Depot**

**Dept 32-2149481198**

Louisville                    KY    40290

Date or dates debt was incurred

Last 4 digits of account number      1   1   9   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,785.38**

---

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
| --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.25**   Nonpriority creditor's name and mailing address

**Independent Electric Supply**

**17 Hampshire Dr.**

**Hudson                    NH      03051**

Date or dates debt was incurred

Last 4 digits of account number         **2   3   2   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,763.48**

---

**3.26**   Nonpriority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia            PA      19101**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$38.04**

---

**3.27**   Nonpriority creditor's name and mailing address

**Kremer's Car Care Centers**

**66 South Beech Street**

**Manchester              NH      03103**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$95.97**

---

**3.28**   Nonpriority creditor's name and mailing address

**LED Conversions Inc**

**PO Box 241**

**Windham                 NH      03087**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,317.75**

---

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|--------|------------------------|------------------------|------------------|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.29**   Nonpriority creditor's name and mailing address

**Legacy Industrial Supply Inc**

**PO Box 24193**

**Tempe**                          **AZ**      **85282**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$303.80**

---

**3.30**   Nonpriority creditor's name and mailing address

**Local 490**

**I.B.E.W**

**48 Airport Rd**

**Concord**                        **NH**      **03301**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Union Dues**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$26,653.74**

---

**3.31**   Nonpriority creditor's name and mailing address

**Lynn Rose Koch**

**7 Highland Green**

**Merrimack**                      **NH**      **03054**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Any possible claim**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.32**   Nonpriority creditor's name and mailing address

**M&M Electrical Supply Co., Inc**

**17 Lowell St**

**Nashua**                         **NH**      **03064**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$72,209.02**

---

Debtor __**DRB Electric, Inc.**_____   Case number (if known) __**17-11402-BAH**__

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33**   Nonpriority creditor's name and mailing address

__Merrimack Village District__

__Two Greens Pond Road__

_____

__Merrimack__            **NH**   __03054__

Date or dates debt was incurred _____

Last 4 digits of account number   __8__ __1__ __4__ __4__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Debt__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$48.20**

---

**3.34**   Nonpriority creditor's name and mailing address

__Metrics__

__c/o Paulette Yiambilis, Esq__

__884 Town Center Dr__

__Langhorne__            **PA**   __19047__

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Debt__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27,423.23**

---

**3.35**   Nonpriority creditor's name and mailing address

__Midnight Advance, LLC__

__4510 17th Ave.__

_____

__Brooklyn__            **NY**   __11204__

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Debt__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.36**   Nonpriority creditor's name and mailing address

__Northeast Delta Dental__

__Po Box 9556__

_____

__Manchester__            **NH**   __03108__

Date or dates debt was incurred _____

Last 4 digits of account number   __4__ __9__ __8__ __5__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Debt__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$82.64**

---

| Debtor | **DRB Electric, Inc.** | | Case number (if known) | **17-11402-BAH** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114,123.14** |

**On-Deck Financing**

**1400 Broadway**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**New York**     **NY**   **10018**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,788.54** |

**Patriot Insurance Co**

**One Mutual Ave**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Frankenmuth**     **MI**   **48787**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6   0   0   1**

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,431.98** |

**Rexel**

**PO Box 766 Attn:  Credit Dept**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Addison**     **TX**   **75001**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0   5   2   7**

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132,359.52** |

**Rodney Lumley**

**25 Lamplighter Way**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salem**     **NH**   **03079**

**Basis for the claim:**
**Loan**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor   **DRB Electric, Inc.** _____   Case number (if known) __17-11402-BAH__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.41**   Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    **$7,043.97**
*Check all that apply.*

**Santander**                                                    ☐ Contingent

**Card Servicing Processing**                                    ☐ Unliquidated

**PO Box 12768**                                                 ☐ Disputed

                                                                 **Basis for the claim:**

**Reading**                    **PA**    **19612**              **Business Debt**

Date or dates debt was incurred   _____                    **Is the claim subject to offset?**

Last 4 digits of account number    **7   5   3   0**            ☑ No
                                                                 ☐ Yes

---

**3.42**   Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    **$5,313.72**
*Check all that apply.*

**Santander Bank**                                               ☐ Contingent

**Po Box 16255**                                                 ☐ Unliquidated

                                                                 ☐ Disputed

                                                                 **Basis for the claim:**

**Reading**                    **PA**    **19612-6255**         **overdraft**

Date or dates debt was incurred   _____                    **Is the claim subject to offset?**

Last 4 digits of account number    **5   2   8   3**            ☑ No
                                                                 ☐ Yes

---

**3.43**   Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    **$72,006.38**
*Check all that apply.*

**Santander Bank NA**                                            ☐ Contingent

**P.O. Box 12707**                                               ☐ Unliquidated

                                                                 ☐ Disputed

                                                                 **Basis for the claim:**

**Reading**                    **PA**    **19612**              **Business Debt**

Date or dates debt was incurred   _____                    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                  ☑ No
                                                                 ☐ Yes

**UCC Lien**

---

**3.44**   Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    **$3,369.41**
*Check all that apply.*

**Shell Oil**                                                    ☐ Contingent

**PO Box 78012**                                                 ☐ Unliquidated

**Phoenix, AZ 85062b**                                           ☐ Disputed

                                                                 **Basis for the claim:**

                                                                 **Business Debt**

Date or dates debt was incurred   _____                    **Is the claim subject to offset?**

Last 4 digits of account number    **1   1   5   2**            ☑ No
                                                                 ☐ Yes

---

Debtor   **DRB Electric, Inc.** _____   Case number (if known) __**17-11402-BAH**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| **3.45** | Nonpriority creditor's name and mailing address |
|---|---|

**SimplexGrinnell**

**Dept CH 10320**

_____

**Palatine**                    **IL**    **60055**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,389.00**

---

| **3.46** | Nonpriority creditor's name and mailing address |
|---|---|

**SLS Financial Service**

**PO Box 412534**

_____

**Kansas City**                    **MO**    **64141**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$66,463.06**

---

| **3.47** | Nonpriority creditor's name and mailing address |
|---|---|

**Suburban Propane**

**PO Box 160**

_____

**Whippany**                    **NJ**    **07981**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$25.28**

---

| **3.48** | Nonpriority creditor's name and mailing address |
|---|---|

**Tully**

**PO Box T 147**

_____

**NASHUA**                    **NH**    **03060**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$34.78**

---

Debtor      **DRB Electric, Inc.**                                          Case number (if known)   **17-11402-BAH**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,923.72 |
| --- | --- | --- | --- |

*Check all that apply.*

**United Rentals**

☐ Contingent

**6125 Lakeview Rd**

☐ Unliquidated

**Suite 300**

☐ Disputed

**Basis for the claim:**

| **Charlotte** | **NC** | **28269** |
| --- | --- | --- |

**Business Debt**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___     ☑ No
☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,211.81 |
| --- | --- | --- | --- |

*Check all that apply.*

**WestGuard Insurance Co**

☐ Contingent

**PO Box 785570**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

| **Philadelphia** | **PA** | **19178** |
| --- | --- | --- |

**Business Debt**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___     ☑ No
☐ Yes

| Debtor | **DRB Electric, Inc.** | Case number (if known) | **17-11402-BAH** |
|---|---|---|---|

## Part 3:   List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Barry & Honorow**<br>**161 Kinsley St**<br><br>**Nashua             NH      03060** | Line  **3.14**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.2**  **Internal Revenue Service**<br>**Special Procedures**<br>**80 Daniels St**<br><br>**Portsmouth          NH      03801** | Line  **3.26**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.3**  **Jacob Verstandig, Esquire**<br>**Law Office of Jacob Verstandig, PLLC**<br>**1459 East 13th Street**<br><br>**Brooklyn            NY      11230** | Line  **3.35**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.4**  **Michael A. Klass, Esq**<br>**PO Box 1120**<br><br>**Manchester          NH      03105** | Line  **3.17**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.5**  **Michael K Pap, Esquire**<br>**200 Liberty Street, 17th Floor**<br><br>**New York            NY      10281** | Line  **3.43**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.6**  **Santander Bank N.A.**<br>**P.O. Box 16255**<br><br>**Reading             PA      19612** | Line  **3.43**<br><br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **DRB Electric, Inc.** _____    Case number (if known)  **17-11402-BAH** _____

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Santander Bank, N.A.** <br> **459 Penn Street** <br> <br> **Reading        PA      19602** | Line __**3.43**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.8 | **Thomas R. Landry Esq.** <br> **Krakow, Souris & Landry, LLC** <br> **225 Friend Street** <br> **Boston          MA      02114** | Line __**3.30**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.9 | **Wing & Weintraub PC** <br> **335 Nahua St** <br> <br> **Milford         NH      03055** | Line __**3.32**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor      **DRB Electric, Inc.**                                      Case number (if known)   **17-11402-BAH**

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.  $3,097.67 |
| 5b. | **Total claims from Part 2** | 5b. **+**  $1,061,714.14 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $1,064,811.81 |

**Fill in this information to identify the case:**

Debtor name      **DRB Electric, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number       **17-11402-BAH**                    Chapter      **7**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |

Debtor name **DRB Electric, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number **17-11402-BAH**
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

**Schedule H: Codebtors**                                                                     12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

   ☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **David Blais** | **26 Independence Dr.** <br> Number    Street <br><br> **Merrimack      NH   03054** <br> City                State  ZIP Code | **Bank of America** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2  **David Blais** | **26 Independence Dr** <br> Number    Street <br><br> **Merrimack      NH   03054** <br> City                State  ZIP Code | **Sheffield** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3  **David Blais** | **26 Independence Dr** <br> Number    Street <br><br> **Merrimack      NH   03054** <br> City                State  ZIP Code | **State of NH- BET Tax** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4  **David Blais** | **26 Independence Dr** <br> Number    Street <br><br> **Merrimack      NH   03054** <br> City                State  ZIP Code | **State of NH-UC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.5  **David Blais** | **26 Independence Dr** <br> Number    Street <br><br> **Merrimack      NH   03054** <br> City                State  ZIP Code | **Deborah Blais** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor   **DRB Electric, Inc.**                                                Case number (if known)   **17-11402-BAH**

---

| ▉ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | Column 2:  **Creditor** |
|---|---|

|     | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|-----|----------|---------------------|----------|-----------------------------------|
| 2.6 | David Blais | **26 Independence Dr**<br>Number    Street<br><br>**Merrimack        NH   03054**<br>City                    State   ZIP Code | **M&M Electrical Supply Co., Inc** | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | David Blais | **26 Independence Dr**<br>Number    Street<br><br>**Merrimack        NH   03054**<br>City                    State   ZIP Code | **Midnight Advance, LLC** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **DRB Electric, Inc.**

United States Bankruptcy Court for the:  **DISTRICT OF NEW HAMPSHIRE**

Case number (if known):  **17-11402-BAH**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| 1a. | **Real property:** Copy line 88 from Schedule A/B............................................................ | $0.00 |
|---|---|---|
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B........................................................ | $199,857.02 |
| 1c. | **Total of all property** Copy line 92 from Schedule A/B.................................................................. | $199,857.02 |

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................... **$179,161.29**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. | $3,097.67 |
|---|---|---|
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... | + $1,061,714.14 |

| 4. | **Total liabilities** Lines 2 + 3a + 3b................................................................................................. | $1,243,973.10 |
|---|---|---|

**Fill in this information to identify the case and this filing:**

Debtor Name    **DRB Electric, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number    **17-11402-BAH**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/26/2017**          X **/s/ David R. Blais**
       MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                         **David R. Blais**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**
**MANCHESTER DIVISION**

In re  **DRB Electric, Inc.**                                    Case No.   **17-11402-BAH**

                                                                 Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................   **$5,000.00**

   Prior to the filing of this statement I have received.....................................   **$5,000.00**

   Balance Due................................................................................................   **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **The Court Filing Fee of $335.00; Amendment Fee=$180; Reaffirmation Agreements=$100; Suggestion of Bankruptcy=$80;Failure to Appear @ 341 Meeting $150; Emergency Filing=$300.00**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 10/26/2017 | /s/ Leonard G. Deming | |
|---|---|---|
| *Date* | *Leonard G. Deming* | Bar No.  BNH01186 |
| | Leonard G. Deming II | |
| | Deming Law Office | |
| | 491 Amherst Street, Suite 22 | |
| | Nashua NH 03063 | |
| | Phone: (603) 882-2189 / Fax: (603) 882-5707 | |

---

/s/ David R. Blais

*David R. Blais*
*President*